# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 16, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No. 24-4548,    <u>US v. Kenneth Watford</u>
8:12-cr-00623-PJM-3

TO:    Kenneth Wayne Watford

FILING CORRECTION DUE: July 21, 2025

Please make the correction identified below and file a corrected document by the date indicated.

[ XX ] Incorrect event used. Please refile the Opening Brief using the BRIEF entry and selecting "opening" from the dropdown menu.

Rachel Phillips, Deputy Clerk
804-916-2702